No. 80–45. JOHNSON *v.* J. O. L. Ct. App. D. C. [Certiorari granted, *ante,* p. 818.] Judgment vacated and case remanded for further consideration in light of the position presently asserted by the respondent in his motion to dismiss filed October 27, 1980; the opposition filed thereto by petitioner on November 6, 1980; and the reply filed thereto by respondent on November 13, 1980.

No. A–385. ZOBEL ET UX. *v.* WILLIAMS, COMMISSIONER OF REVENUE OF ALASKA, ET AL. Application for stay, presented to JUSTICE REHNQUIST, and by him referred to the Court, granted. The mandate of the Supreme Court of Alaska is stayed pending the timely filing and disposition of the appeal. JUSTICE REHNQUIST dissents.

No. D–199. IN RE DISBARMENT OF FISCHER. It is ordered that Charles Fischer, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–202. IN RE DISBARMENT OF EASLER. It is ordered that William R. Easler, of Spartanburg, S. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–204. IN RE DISBARMENT OF SCHLATER. It is ordered that Donald E. Schlater, of Havertown, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.